## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|

Name (under which you were convicted): Willy James Wimbley

Docket or Case No.: 2O6CV1078-MEF

Place of Confinement: Red Eagle Honor Farm
1290 Red Eagle Road, Mont. Ala 36110

Prisoner No.: 116977 (A-1)

Petitioner (include the name under which you were convicted): 

v.

Respondent (authorized person having custody of petitioner): State of Ala - Warden Hadley

The Attorney General of the State of

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Washington County - Chatam Ala

   (b) Criminal docket or case number (if you know): CC 2002 000152.00

2. (a) Date of the judgment of conviction (if you know): 65/CC 2002-152

   (b) Date of sentencing: 23rd April 2003

3. Length of sentence: 15 yrs

4. In this case, were you convicted on more than one count or of more than one crime?  Yes ☒  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: 3rd degree robbery

6. (a) What was your plea? (Check one)

   (1) Not guilty ☐           (3) Nolo contendere (no contest) ☐
   (2) Guilty ☒              (4) Insanity plea ☐

SCANNED 

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

N/A

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

   Jury ❏   Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   Yes ❏ No ☑

8. Did you appeal from the judgment of conviction?

   Yes ❏ No ☑

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: N/A

   _____

   _____

   _____

   (g) Did you seek further review by a higher state court?   Yes ❏ No ❏

   If yes, answer the following:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Result: _____

   _____

   (4) Date of result (if you know): _____

   (5) Citation to the case (if you know): _____

   (6) Grounds raised: N/A

   _____

   _____

Page 4

    (h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❏ No ❏

       If yes, answer the following:

       (1) Docket or case number (if you know): _____ N/A _____

       (2) Result: _____ N/A _____

       (3) Date of result (if you know): _____ N/A _____

       (4) Citation to the case (if you know): _____ N/A _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ❏ No ❏

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

       (2) Docket or case number (if you know): _____ N/A _____

       (3) Date of filing (if you know): _____ N/A _____

       (4) Nature of the proceeding: _____ N/A _____

       (5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

_____

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ❏ No ❏

       (7) Result: _____

       (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____ N/A _____

       (3) Date of filing (if you know): _____ N/A _____

       (4) Nature of the proceeding: _____ N/A _____

       (5) Grounds raised: _____ N/A _____

_____

_____

_____

_____
_____
_____
_____
_____

*(lines crossed out with N/A)*

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ❏  No ❏

    (7) Result: _____

    (8) Date of result (if you know): _____

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

*(lines crossed out with N/A)*

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ❏  No ❏

    (7) Result: _____

    (8) Date of result (if you know): _____

  (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:      Yes ❏  No ❏

    (2) Second petition:  Yes ❏  No ❏

    (3) Third petition:   Yes ❏  No ❏

  (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____
_____
_____
_____

*(N/A written across lines)*

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: Petitioner was granted parole by parole board on February 27th 2006 — but remains incarcerated.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The petitioner was granted parole on Feb 27/06 by the State Pardon & Parole board. Since that date the Warden at Red Eagle (Warden Hadley) has given me no reason why he has not released me on the parole I was granted. Its been one excuse after another with no real reason. So I've been given the run-around by him + his staff.

(b) If you did not exhaust your state remedies on Ground One, explain why: No state parole board response to my letters. The parole officer told my mother I would be coming home soon back in March but nothing happends

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

   Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Petitioner has no state remedies as he sees it since he is serving his sentence. Petitioner prays this Court will issue a "Show Cause" order as to why the Warden continues to hold me on the Warden + the Attorney General

GROUND TWO: For the state of Alabama. It is against my Constitutional rights under the amendments to our U.S.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Constitution to be held against one's will after parole has been granted.
(1) I have no other cases pending in court.
(2) There are no detainers on my record to hold me.
(3) There are no outstanding arrest warrants to hold me.
(4) I am a black American citizen — born in Washington County Alabama at Millry Ala on 7/26/50.


Page 8

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

N/A

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❏  No ❏

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

   N/A

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ❏  No ❏

   (2) If your answer to Question (d)(1) is "Yes," state:  N/A

   Type of motion or petition: N/A

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion or petition?

   Yes ❏  No ❏

   (4) Did you appeal from the denial of your motion or petition?

   Yes ❏  No ❏

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏  No ❏

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

Case 2:06-cv-01078-MEF-SRW    Document 1    Filed 12/05/2006    Page 8 of 14

Page 9

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Wrote letters to parole board. Parole officer said I would be going home soon back in March over 9 months ago.

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Three, explain why:

N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ❏  No ❏

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ❏  No ❏

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: N/A
Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____
_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____
_____
_____
_____
_____

Page 11

_____
_____
(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❏   No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____
_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❏   No ❏

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏   No ❏

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____
_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____
_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:
    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ❏  No ❏
    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ❏  No ❏
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❑   No ❑

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
   _____
   _____
   _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: _____
   _____

   (b) At arraignment and plea: _____
   _____

   (c) At trial: _____
   _____

   (d) At sentencing: _____
   _____

   (e) On appeal: _____
   _____

   (f) In any post-conviction proceeding: _____
   _____

   (g) On appeal from any ruling against you in a post-conviction proceeding: _____
   _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❑ No ❑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
   _____

   (b) Give the date the other sentence was imposed: _____

   (c) Give the length of the other sentence: _____

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❑ No ❑

18. **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I was granted parole Feb 27th, 06 So I am filing within the one year statutory period

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Issue a "SHOW CAUSE" order as to why petitioner continues to be held or incarcerated after parole was granted*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____
_____ (month, date, year).

Executed (signed) on *Nov 28th, 06* (date).

*Willy James Wimbley*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

* * * * *