**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Charles Hadley
Warden
Red Eagle Honor Farm
1290 Red Eagle Road
Montgomery, AL 36110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mark C. Williams_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12-7-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 0683

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540