**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Troy King
Attorney General for the State of AL
11 S. Union Street
Montgomery, AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Simon_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Simon                           12/11/06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   06cv1078
   pet ord

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7005 1820 0002 3463 1084

PS Form 3811   Domestic Return Receipt   102595-02-M-1540