```
         IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

**WILLIE JAMES WIMBLEY, #116977,**
         **Petitioner,**

**v.**                  **CASE NO. 2:06-CV—1078-MEF**

**CHARLES HADLEY, et al.,**
         **Respondents.**

### ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS

**COME NOW**, Troy King and the Alabama Board of Pardons and Paroles (a non-party), hereinafter referred to as the Board, represented by the undersigned counsel, and shows the Court as follows:

    1.   Petitioner has failed to exhaust state court remedies in relation to his claims against the Board prior to his instituting this action, as required by *28 U.S.C.A. §2254.*

    2.   The proper avenue to challenge the Board's actions in parole decisions and parole revocation procedures is by petition for writ of certiorari with the Circuit Court of Montgomery County. See <u>Gholston v. Board of Pardons & Paroles, 627 So.2d 945 (Ala.Civ.App.1993)</u>. See *Sellers v. State, 586 So.2d 994 (Ala. Crim. App. 1991).*

1

3. None of the defaulted claims relating to the Alabama Board of Pardons & Paroles in Petitioner's Application for Habeas Corpus have been presented to the state court. All of the claims presented by Petitioner in his Application for Habeas Corpus could have been brought in state court under a common-law writ of certiorari in Montgomery County Circuit Court. See *Gholston, supra*. This Court is barred from reviewing Petitioner's claims.

**WHEREFORE**, based on the foregoing, Petitioner's Application for Habeas Corpus is due to be DENIED.

                Respectfully submitted,
                TROY KING
                ATTORNEY GENERAL
                KIN 047

                GREGORY O. GRIFFIN, SR.
                CHIEF COUNSEL
                GRI026

                s/DANA L. PITTMAN
                ASSISTANT ATTORNEY GENERAL
                STATE BAR#: ASB-7192-A57P
                ALA. BD. OF PARDONS & PAROLES
                P.O. BOX 302405
                MONTGOMERY, AL  36130
                TELEPHONE: (334)242-8700
                FAX: (334)353-4423
                Dana.Pittman@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 12-18-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that, on 6-12-06, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> **WILLIE JAMES WIMBLEY**
> **AIS# 116977**
> **RED EAGLE HONOR FARM**
> **1290 RED EAGLE ROAD**
> **MONTGOMERY, AL  36110**

Done this 18th day of DECEMBER, 2006.

>      Respectfully submitted,
>
>
>      s/DANA L. PITTMAN
>      ASSISTANT ATTORNEY GENERAL
>      State Bar#: ASB-7192-A57P
>      Ala. Bd. Pardons and Paroles
>      P.O. Box 302405
>      Montgomery, Alabama 36130
>      Telephone: (334) 242-8700
>      Fax: (334) 353-4423
>      Dana.Pittman@paroles.alabama.gov