| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you. | A. Signature<br>X *Cornell Long*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12/7/06 |
| 1. Article Addressed to:<br>Gregory O. Griffin, Sr., Gen Counsel<br>Alabama Board of Pardons & Paroles<br>P.O. Box 302405<br>Montgomery, AL 36130-2405 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>*decv10 78*<br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 2724 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540